Submitted on record and briefs December 11, 1991, convictions affirmed and remanded for resentencing February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

JEFFREY EUGENE HALL,
*Appellant.*

(90C-20815; CA A66678)

823 P2d 1042

Gary D. Babcock, Salem, filed the briefs for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the briefs for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for delivery of, conspiracy to deliver and possession of methamphetamine and three counts of endangering the welfare of a minor. He assigns error to the trial court's denial of his motion for judgment of acquittal. The evidence was sufficient to support the convictions.

Defendant also assigns error to the trial court's imposition of sentence. The state concedes that the trial court erred in sentencing defendant under the "scheme or network" provision of OAR 253-04-004. *State v. Moeller*, 105 Or App 434, 806 P2d 130, *rev dismissed* 312 Or 76, 815 P2d 701 (1991); *State v. Medina*, 111 Or App 108, 823 P2d 453 (1992).

Convictions affirmed; remanded for resentencing.